125 A.3d 386

IN THE MATTER OF RICHARD J. KWASNY, AN ATTORNEY
AT LAW (ATTORNEY NO. 006531989).

December 7, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–042, recommending that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **RICHARD J. KWASNY** of **PRINCETON,** who was admitted to the bar of this State in 1989, be disbarred based on discipline imposed in the Commonwealth of Pennsylvania that in New Jersey constitutes violations of *RPC* 1.15(a) (knowing misappropriation), *RPC* 1.15(d) (failure to comply with recordkeeping provisions of *Rule* 1:21–6), *RPC* 5.5(a) (practicing law while ineligible), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979):

And **RICHARD J. KWASNY,** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **RICHARD J. KWASNY** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained solely by **RICHARD J. KWASNY** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court for good cause shown and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that **RICHARD J. KWASNY** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that if the disciplinary proceedings against respondent in Pennsylvania are reopened, respondent may petition this Court for reconsideration of this Order; and it is further

ORDERED that **RICHARD J. KWASNY** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.